UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHERYL ALEKSINSKI,<br>GINGER ALEKSINSKI, and<br>OFFICE OF THE TREASURER,<br>VILAS COUNTY, WISCONSIN,<br><br>Defendants. | Case No. 3:19-cv-611-jdp |

**ORDER REGARDING DISTRIBUTION OF EXCESS PROCEEDS FROM SALE OF REAL PROPERTY**

This matter comes before the Court on the United States' motion for an order authorizing the Court's appointed receiver, Micki Pierce-Holmstrom ("Receiver"), to pay certain excess funds distributed to her from the sale of the two parcels of real property located at 13840 Ilg Road, Manitowish Waters, Wisconsin 54545 ("Manitowish Waters Properties") to defendants Sheryl Aleksinski and Ginger Aleksinski. In the motion, the United States represents that these excess proceeds—which total $504.08—represent a portion of the amount that the Court previously ordered to be paid to the Receiver to reimburse her for expenses paid to preserve and protect the value of Manitowish Waters Properties up to the date of the closing, but that the Receiver, ultimately, did not spend for that purpose. The Receiver represents in a declaration filed in support of the Untied States' motion that she is currently holding the excess proceeds in escrow awaiting this Court's instruction as to whom the funds should be paid.

Moreover, United States' counsel represents that he has contacted all parties to this action (or their respective counsel), and that all parties have stated they consent to the United States' motion and to the Receiver's payment of the funds to Sheryl Aleksinski and Ginger Aleksinski as requested in the United States' motion—specifically, that 75% of the $504.08 (*i.e.*, $378.06) be paid to Sheryl Aleksinski and that 25% (*i.e.*, $126.02) be paid to Ginger Aleksinski.

Accordingly, and for good cause shown, it is hereby

ORDERED that the United States' Motion for Order Authorizing Receiver's Distribution of Excess Funds (ECF No. 35) is GRANTED; and it is further

ORDERED that the Receiver shall, within 7 days of this order, make a payment equal to 75% of the amount of $504.08 currently being held in escrow—that is, $378.06—to Sheryl Aleksinski, to be issued in the form of a check made payable to "Sheryl Aleksinski" and sent to the following address:

Sheryl Aleksinski
608 McDowell Street
Delavan, WI 53115

and it is further

ORDERED that the Receiver shall, within 7 days of this order, make a payment equal to 25% of the amount of $504.08 currently being held in escrow—that is, $126.02—to Ginger Aleksinski, to be issued in the form of a check made payable to "Ginger Aleksinski" and sent to the following address:

Ginger Aleksinski
4618 Viewcrest Drive
Delavan, WI 53115

IT IS SO ORDERED.

Done this 4TH day of MAY, 2022.

                                                                       JAMES D. PETERSON
                                                                       United States District Judge